JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amanda Diane Gonzales, <br><br> Plaintiff, <br><br> vs. <br><br> Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURITY[1], <br><br> Defendant. | Case No. 1:25-cv-00034-GSA <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from April 11, 2025 to June 10, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of April 7, 2025 and April 14, 2025 Counsel has nine merit briefs due.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 31, 2025        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: March 31, 2025        JOSEPH T. MCNALLY
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Office of Program Litigation
                             Social Security Administration


By:  **/s/ Justin Lane Martin*
     Justin Lane Martin
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on March 31, 2025)

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   **March 31, 2025**                              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE